# United States Court of Appeals for the Federal Circuit

---

April 22, 2026

**ERRATUM**

---

Appeal No. 2023-1451

**SHANNON HOLSTEIN,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

Decided: January 30, 2026
Precedential Opinion

---

On page 5, line 13, "Board's" has been replaced with "RO's."